IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL** |

*This document relates to:*

<u>Willie Frank Patterson and Amanda Patterson</u>, 06-3183 CRB
_____/

At plaintiffs' request, the above action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: January 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre06-3183.wpd